LILLIAN E. FIILLE *v.* WILLIAM GANNON

The motion by the firm Wilson, Asbel and Channin to withdraw its appearance for the defendant in the appeal from the Superior Court in New Haven County is granted and counsel is directed to inform their former client forthwith of the order of this court granting that motion.

*Robert B. Cohen,* on the motion.

Argued October 2—decided October 2, 1973

DONNA H. FOSS ET AL. *v.* SANDRA H. JONES ET AL.

The plaintiffs' motion to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Francis A. Smith, Jr.,* for the appellees (plaintiffs).

*Edward J. Gallagher,* for the appellants (defendants).

Argued October 2—decided October 2, 1973

NORMAN RICHARD ET AL. *v.* TOWN OF KILLINGLY ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in Windham County is granted.

*Basil T. Tsakonas,* for the appellees (defendants).

*Timothy O. Fanning,* for the appellants (plaintiffs Doris B. Lord et al.).